IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AARON P. BOSTWICK, SR.,

    Plaintiff,

v.

C. PETERS, DIRECTOR ODOC,
T. BOWSER, SUPERINTENDENT TRCI,
et al, OREGON DEPARTMENT OF
CORRECTIONS,

    Respondent.

Case No. 2:18-cv-00831-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 19), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Russo's Findings and Recommendation (ECF No. 19) is adopted in full. Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 15) is GRANTED and the

1 –ORDER

case is DISMISSED without prejudice. Plaintiff's Motions for Preliminary Injunction (ECF Nos. 3 and 18) are DENIED.

IT IS SO ORDERED.

DATED this 4th day of March, 2019.

                                                 s/Michael J. McShane
                                                 Michael McShane
                                                 United States District Judge